# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1459

_____

Joseph Johnson,                                    *
                                                   *
        Appellant,                             *
                                                   *
                                                   *   Appeal from the United States
    v.                                         *   District Court for the
                                                   *   District of Minnesota.
Special Agent Josh Florell;                        *
Officer Steve Parshall; Officer Mark               *   [UNPUBLISHED]
Sletta; Officer Andy Stender; City of              *
Minneapolis; David Steinkamp,                      *
                                                   *
        Appellees.                             *

_____

Submitted: September 5, 2008
Filed: September 15, 2008

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Joseph Johnson appeals the district court's[1] dismissal and grant of summary judgment in favor of defendants in this action under 42 U.S.C. § 1983 and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). Having carefully reviewed the record and considered Johnson's arguments, we find

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the reports and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

no basis for reversal.  See Federer v. Gephardt, 363 F.3d 754, 757 (8th Cir. 2004) (de novo standard of review for Fed. R. Civ. P. 12(b)(6) dismissal); Anderson v. Larson, 327 F.3d 762, 767 (8th Cir. 2003) (de novo standard of review for grant of summary judgment).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____